## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

GERALD CUSTER,                         :
                                       :
                     Plaintiff,        :
                                       :     Case No.
vs.                                    :
                                       :     Hon.
GENERAL MOTORS LLC,                    :
                                       :
                     Defendant.        :
                                       :
                                       :

## NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(a) (DIVERSITY)

Defendant General Motors LLC ("GM"), by and through its attorneys, hereby gives notice of the removal of this action from the Court of Common Pleas for the County of Trumbull, Ohio, to the United States District Court for the Northern District of Ohio, pursuant to 28 U.S.C. §§ 1441 and 1446.  In support of this removal, and for the purpose of removal only, GM states as follows:

### I.      INTRODUCTION

1.      On or around December 30, 2016, Plaintiff Gerald Custer filed a Complaint in the Court of Common Pleas for the County of Trumbull, Ohio, Case No. 2016 CV 2326.  In accordance with 28 U.S.C. § 1446(a), a copy of all pleadings filed in the state court action is attached hereto as Exhibit A.

2.      GM was served with a summons and a copy of the Complaint on January 9, 2017.

3.      GM has not filed an answer to the Complaint in the Court of Common Pleas for the County of Trumbull, Ohio.

4.      The parties to this action are as follows:

    A. Upon information and belief, Plaintiff Gerald Custer is a citizen of the State of Ohio, and was so at the time of the accident that is the subject of Plaintiff's Complaint;

    B. Defendant GM is a Delaware limited liability company with its principle place of business in Detroit, Michigan.  GM has a single member, GM Company.  GM Company is a Delaware corporation with its principal place of business in Detroit, Michigan.

5.      Plaintiff's Complaint seeks damages arising out of a single-vehicle collision involving Plaintiff on or about January 5, 2015.  Plaintiff brings various product liability and consumer protection claims against GM relating to alleged defects in the airbag safety system of a 2003 Chevrolet Avalanche that was involved in the accident.  (Complaint, Exhibit A)

6.      Plaintiff claims serious bodily injury, including a separated shoulder, displaced collar bone, and multiple ruptures of the cervical spine. (Complaint at ¶2, Exhibit A.)   Plaintiff seeks the following categories of damages: (1) compensatory damages; (2) past and future medical expenses; (3) past and future physical pain and anguish; (4) past and future physical

impairment; (5) past lost wages and future lost wage-earning capacity; (6) statutory, actual, and treble damages under the Ohio Consumer Sales Protection Act; and (7) punitive and exemplary damages.

7.     Given the nature of the alleged injuries and the various categories of damages claimed, on experience, information, and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs and meets the jurisdictional minimum required by 28 U.S.C. § 1332(a).

## II.     JURISDICTION

8.     Based upon the aforementioned, this District Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1).  Complete diversity exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.  For these reasons, the action is removable to this District Court by virtue of the provisions of 28 U.S.C. § 1441(a).

9.     Venue is proper in this District Court pursuant to 28 U.S.C. § 1441(a) because the action was originally filed in the Court of Common Pleas for the County of Trumbull, Ohio, which lies within the United States District Court for the Northern District of Ohio, Youngstown Division.  28 U.S.C. § 90(a)(2).

10.    Pursuant to 28 U.S.C. § 1441(a), a civil action brought in a state court over which the United States District Court has original jurisdiction may

3

be removed to the District Court embodying the place where such action is pending.  Because Plaintiff's Complaint was originally filed in the Court of Common Pleas for the County of Trumbull, Ohio, this District Court has removal jurisdiction over the matter.

### III.    TIMING OF REMOVAL

11.    GM LLC was served with a copy of the Complaint on January 9, 2017.  Thus, removal is timely under 28 U.S.C. § 1446(b)(1) because GM LLC filed this Notice of Removal "within 30 days after receipt the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim of relief upon which such action or proceeding is based[.]"

### IV.    COMPLIANCE WITH 28 U.S.C. § 1446(d)

12.    Written notice of this Notice of Removal and a copy hereof have and/or will be promptly sent to the State Court of Trumbull County, State of Ohio as required by 28 U.S.C. § 1446(d), and copies of the same will be served upon Plaintiff.

WHEREFORE, General Motors LLC, by its counsel, remove the subject action from the Court of Common Pleas for the County of Trumbull, Ohio, to the United States District Court for the Northern District of Ohio, Youngstown Division.

Respectfully submitted,

  /s/ Clay A. Guise
Clay A. Guise (0062121)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304-2820
248-203-0797

Date: February 3, 2017          *Attorneys for General Motors LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF electronic filing system which will send notification of the filing to the attorneys on that system and via overnight mail, with proper postage attached thereto, to the attorneys listed below:

Pamela A. Borgess (0072789)        Andrew A. Woellner
Borgess Law, LLC                  The Potts Law Firm, LLP
6800 W. Central Ave., Suite E       3737 Buffalo Speedway, Suite 1900
Toledo, OH 43617               Houston, TX 77098
pborgess@BorgessLaw.com       awoellner@potts-law.com

 /s/ Clay A. Guise
Clay A. Guise (0062121)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304-2820
248-203-0797

Date: February 3, 2017        *Attorneys for General Motors LLC*